# EXHIBIT 7

**Adam S. Forman**

| | |
|---|---|
| **From:** | Steven Schwartz <shslawyers1@outlook.com> |
| **Sent:** | Monday, September 11, 2023 2:57 PM |
| **To:** | Adam S. Forman |
| **Cc:** | prosemanager3@adr.com; prosedirector@adr.com; apryltyler@yahoo.com |
| **Subject:** | RE: Case No. 01-22-0001-6533 (Apryl Tyler v. Corestaff d/b/a Swipejobs) |

**\*\*\* EXTERNAL EMAIL \*\*\***

Mr. Forman: I received your September 11, 2023 letter this afternoon when I returned to my office after a meeting. I am reluctantly adjourning the Tuesday, September 12 and Wednesday, September 13, 2023 hearings for the reasons stated in this email, to allow Maximus two weeks to file a motion with an appropriate court to resolve the jurisdictional issues raised in your letter. If Maximus has not filed such a motion by Tuesday, September 26, 2023, I will re-schedule a <u>prompt</u> hearing on this matter.

My Interim Order Regarding Jurisdiction was issued over a year ago, on August 25, 2022. Your letter neglects to state that Claimant filed a Proof of Service that she served Maximus with her Amended Demand and that CoreStaff's attorney both spoke to Maximus' personnel and served a copy of that Interim Order on Maximus. It is obvious from your letter that Maximus had a copy of that Interim Order and was aware of the September 11 and 12, 2023 hearings. The AAA Case Manager has sent all relevant correspondence and notices of the hearing, case management conferences, and my rulings to Maximus by regular, first class mail and certified or registered mail. To assert that Maximus does not have the arbitration agreement or discovery is disingenuous, since it could have obtained them from CoreStaff's attorney or by participating – even in a limited appearance – in the case management conferences or discovery that occurred after my August 25, 2022.

Simply put, if it did not want to resolve this matter through arbitration, Maximus could have and should have challenged the arbitrator's jurisdiction in an appropriate court months ago. Nevertheless, it is contrary to the principles of arbitration to proceed with a hearing and issue a subsequent ruling if the arbitrator does not have jurisdiction. That is a threshold question that must be resolved. There is no point in conducting a hearing and issuing an arbitration ruling if a court would vacate that award on jurisdictional grounds. Provided that Maximus files a motion with an appropriate ground challenging the arbitrator's jurisdiction by Tuesday, September 26, 2023, this arbitration matter will be stayed until the court rules on that motion and any appeal process is concluded.

Steven H. Schwartz
33228 W. 12 Mile Road, Suite 187
Farmington Hills, MI  48334
(313) 590-3395


Sent from Mail for Windows

**From:** Adam S. Forman
**Sent:** Monday, September 11, 2023 12:41 PM
**To:** shslawyers1@outlook.com

**Cc:** prosemanager3@adr.com; prosedirector@adr.com; apryltyler@yahoo.com
**Subject:** FW: Case No. 01-22-0001-6533 (Apryl Tyler v. Corestaff d/b/a Swipejobs)

Dear Arbitrator Schwartz:

On behalf of Adam Forman, given the urgency of this matter, we are forwarding these communications directly to you for your immediate attention.

Regards,

Michelle



**Michelle M. Smolarczyk** | Legal Secretary
t 312.499.1434 | f 312.277.2898
MSmolarczyk@ebglaw.com

227 W. Monroe Street, Suite 3250 | Chicago, Il 60606
t 312.499.1400 | www.ebglaw.com



**Michelle M. Smolarczyk** | Legal Secretary
t 312.499.1434 | f 312.845.1998
MSmolarczyk@ebglaw.com

227 W. Monroe Street, Suite 3250 | Chicago, IL 60606
t 312.499.1400 | www.ebglaw.com

---

**From:** Michelle M. Smolarczyk **On Behalf Of** Adam S. Forman
**Sent:** Monday, September 11, 2023 10:33 AM
**To:** prosemanager3@adr.org
**Cc:** apryltyler@yahoo.com; prosedirector@adr.org
**Subject:** Case No. 01-22-0001-6533 (Apryl Tyler v. Corestaff d/b/a Swipejobs)

Dear Sir and Manager,

Please disregard the email just previously sent. On behalf of attorney, Adam Forman, please see the revised attached letters.

Thank you for your attention.

Sincerely,

Michelle

2



**Michelle M. Smolarczyk** | Legal Secretary
t 312.499.1434 | f 312.277.2898
MSmolarczyk@ebglaw.com

227 W. Monroe Street, Suite 3250 | Chicago, Il 60606
t 312.499.1400 | www.ebglaw.com

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies. Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation. If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 875 Third Avenue, New York, NY 10022. Be sure to include your email address if submitting your request via postal mail.